UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff<br><br>v.<br><br>**318 GRISANTOMO ST.**<br>**SULLIVAN CITY, TEXAS and**<br>**7426 IDA DRIVE MISSION, TEXAS**<br>Defendant | CIVIL CASE NO. _____ |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, files this action for forfeiture *in rem* against the Defendant 318 Grisantomo St. Sullivan City, Texas, and 7426 Ida Dr., Mission, Texas with all improvements and appurtenances, and alleges on information and belief as follows:

### STATUTORY BASIS FOR FORFEITURE

1. This is a civil forfeiture action *in rem* brought under 18 U.S.C. § 981(a)(1)(A) which provides for the forfeiture of real property involved in a transaction or attempted transaction of money laundering in violation of 18 U.S.C. §1956 or any property traceable to such property. Plaintiff alleges that the Defendant Real Property was purchased with narcotic trafficking proceeds and titled in the name of a nominee for the purpose of concealing the nature, location, source, or ownership of the real property and its involvement in a money laundering transaction.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue is proper in the Southern District of Texas under 28 U.S.C. §§ 1355, 1391, and 1395.

1

## DEFENDANT PROPERTIES

4. Defendant 318 Grisantomo St. Sullivan City, Texas, is legally described as:

   South One-Half of Lot 12, Block 7, A 0.39 Acre tract of land out of re-subdivision of tract 244 and 250, Los Ejidos de Reynosa Viejo Grant Hidalgo, County, Texas, according to Document No. 2010-2079599 and recorded in the Hidalgo County real property records.

5. Defendant 7426 Ida Dr. Hidalgo County, Mission, Texas 78572, is legally described as:

   Portion out of tract 388-389, Los Ejidos de Reynosa, Hidalgo County, Texas. Lot 535, Villa Rama East Subdivision Phase 5, Hidalgo County, Texas, according to the map or plat volume 46 page 45.

6. The Defendant Properties are located within this district and within the jurisdiction of the Court.

## FACTUAL BASIS FOR FORFEITURE

7. Beginning in February 2009, the Drug Enforcement Administration (DEA) and Immigration and Customs Enforcement (ICE) initiated an investigation into the Gumercindo GAMEZ-Villarreal (Gamez-Villareal) drug trafficking organizations (DTO) operating in the Diaz Ordaz, Tamaulipas, Mexico and the Sullivan City, Texas areas. He is responsible for transporting marijuana from South Texas as far north as Illinois and Indiana. During the course of the investigation over 2,214 kilograms of marijuana was seized. The investigation has revealed that Gamez-Villarreal, was the former Gulf Cartel plaza boss of Diaz Ordaz, Tamaulipas, Mexico between 2009 to 2010 and has been involved in trafficking in controlled substances since 2008. He is responsible for transporting marijuana from South Texas as far north as Illinois and Indiana. From 2011 to 2013, law enforcement seized almost 10,000 kilograms of marijuana attributed to Gamez-Villareal and his organization.

Gamez-Villarreal has been indicted in the Southern District of Texas for narcotic trafficking and money laundering but remains a fugitive in Mexico.

8. On August 15, 2014, Agents interviewed a cooperating defendant (hereinafter referred to as CD 1). During the interview CD 1 admitted that he worked directly for Gamez-Villareal and was his "right hand man". CD 1 was aware of the nature and extent of the DTO's narcotic trafficking activity and the amount of money generated because he/she assisted in the counting and allocating of payments of drug proceeds. Agents questioned CD 1 about the ownership of a residence located at 7426 Ida, Mission, Texas, and CD 1 stated that it was his belief the residence belonged to Gamez-Villarreal. While working for Gamez-Villareal in 2010, CD 1 requested Gamez-Villarreal to provide a residence for CD 1 and his family to live in. Gamez-Villarreal allowed CD 1 and his family to reside at 7426 Ida Drive, Mission, Texas and only requested that CD 1 maintain the property and pay utilities and ad valorem taxes. Oscar Leal Salinas is the actual title owner of the 7426 Ida residence, and not Gamez-Villareal.

9. During the interview, Agents showed CD 1 a picture of Oscar Leal Salinas who CD 1 recognized and knew as an employee of Zoilo Salvador Gonzalez. CD 1 knew Zoilo Salvador Gonzalez only as "Ahijado". According to CD 1, Ahijado had the authority of Gamez-Villareal to purchase personal items on behalf of Gamez-Villareal. These items included wearing apparel, jewelry, and sometimes money counters. Ahijado also sent drug trafficking proceeds to Gamez-Villareal who was in Mexico.

10. On May 29, 2015, Agents interviewed a second cooperating defendant (hereinafter referred to as CD 2). CD 2 was a member of the transportation cell that moved narcotics from Sullivan City to Mission, Texas for the DTO. CD 2 also received narcotic

3

trafficking proceeds in Mission, Texas and transported the proceeds to Sullivan City, Texas where the proceeds were then crossed into Mexico. Agents presented CD 2 with a photograph of the residence at 7426 Ida Drive, Mission, Texas. CD 2 identified the residence as a stash house belonging to GAMEZ-Villarreal. CD 2 told agents that Gamez-Villarreal had purchased another residence for use as a stash house which was located on Grisantomo Street in Sullivan City, Texas. Agents presented a photograph of 318 Grisantomo Street and CD 2 identified the residence as the stash house belonging to Gamez-Villarreal. Oscar Salinas is the actual title owner of 318 Grisantomo Street, Sullivan City, Texas.

11. CD 2 confirmed the information provided by CD 1 in that he identified an individual known as Zoilo Salvador Gonzalez, aka "Ahijado" as the person in charge of buying all of Gamez-Villarreal's assets. CD 2 further stated that Zoilo Salvador Gonzalez was in responsible for the accounting and safekeeping of the drug proceeds received by the Gamez-Villarreal DTO.

12. On June 13, 2014, agents interviewed a third cooperating defendant (herein referred to as CD 3). CD 3 was involved in drug trafficking associated with Gamez-Villarreal DTO. CD 3 told agents that GAMEZ-Villareal preferred to own several residences for use as stash houses instead of paying fees to store the narcotics. CD 3 identified 7426 Ida Dr. Mission, Texas as a stash house belonging to Gamez-Villarreal. CD 3 also identified the residence at 318 Grisantamo Street, Sullivan City, Texas as an additional residence owned by Gamez-Villarreal which was used to store narcotics. Consistent with the interviews of CDs 1 and 2, CD 3 stated that Zoilo Salvador Gonzalez was in charge of buying all of Gamez-Villarreal's assets. According to CD 3, Zoilo Salvador Gonzalez was also in charge of maintaining all of Gamez-Villarreal's properties including yard maintenance, paying taxes,

and setting up and paying utilities.

13. On June 10, 2015, Agents interviewed Aaron Munoz, the owner of the Tax Firm. Aaron Munoz stated he prepares warranty deeds and provides tax services and income tax returns at the Tax Firm. Aaron Munoz told agents that he knew Zoilo Salvador Gonzalez (Gonzalez) and had prepared income tax returns for Gonzalez in 2010 or 2011. Aaron Munoz added that in 2010, Gonzalez went to his office and requested Munoz to prepare warranty deeds for properties located at 7426 Ida, Mission, Texas and 318 Grisantamo Street, Sullivan City, Texas. The properties were transferred by warranty deed to Oscar Salinas Leal at the request of Gonzalez. Munoz also stated that he received money from Gonzalez in order to pay the property taxes for the above properties for two years following the transfer of title to Oscar Salinas Leal.

14. County real property records show Oscar Salinas Leal as the owner of 7426 Ida Drive, Mission, Texas and 318 Grisantomo Street, Sullivan City, Texas. On July 2, 2015, agents interviewed Oscar Leal Salinas at the Donna International Bridge, Donna, Texas as he was entering the United States. Salinas told agents that he lives in Reynosa, Tamaulipas, Mexico and only travels into the United States to make personal retail purchases. Salinas stated he does not own any property in the United States. Agents presented Oscar Leal Salinas with photographs of 7426 Ida Drive, Mission, Texas and 318 Grisantomo Street, Sullivan City, Texas and he specifically stated that he was not the owner of the property and was not aware that it was titled in his name.

15. For the reasons stated herein, the Defendant Property are subject to forfeiture as property involved in a financial transaction or attempted transaction with proceeds of a specified unlawful activity, that is narcotic trafficking, said transaction(s) having the purpose

of concealing the source, origin, nature, ownership or control of the proceeds in violation of 18 U.S.C. ' 1956.

## NOTICE TO ANY POTENTIAL CLAIMANTS

YOU ARE HEREBY NOTIFIED that if you assert an interest in the Defendant Real Property which are subject to forfeiture and want to contest the forfeiture, you must file a verified claim that fulfills the requirements set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The verified claim must be filed no later than 35 days from the date this Complaint has been sent in accordance with Rule G(4)(b).

An answer or motion under Rule 12 of the Federal Rules of Civil Procedure must be filed no later than 21 days after filing the claim. The claim and answer must be filed with the United States District Clerk for the Southern District of Texas, and a copy must be served upon the undersigned Assistant United States Attorney at the address provided in this Complaint. The United States respectfully requests judgment of forfeiture of the Defendant Properties and costs and such other and further relief to which the United States may be entitled.

Respectfully submitted,

Kenneth Magidson
United States Attorney

*/s Mary Ellen Smyth*
MARY ELLEN SMYTH
Assistant United States Attorney
Texar Bar No.: 18779100
Fed. Adm.: 31348
11204 McPherson Road, Ste. 100A
Laredo, Texas 78045
(956) 723-6523

## VERIFICATION

I, Amparo Farias, Special Agent with the Drug Enforcement Administration, hereby declare under penalty of perjury: I have been involved in the investigation concerning this litigation. I have read the above Complaint for Forfeiture. Based upon the investigation I conducted and the investigation conducted by federal agents of which I have knowledge, the facts contained in the Complaint for Forfeiture, paragraphs 7-14, are true and correct to the best of my knowledge and belief.

_____
Amparo Farias, Special Agent
Drug Enforcement Administration

Sworn and subscribed before me, the undersigned authority, on the 29th of March, 2016.

_____
Notary Public in and for the State of Texas

MARIA TERESA LEYVA
My Commission Expires
February 12, 2019